Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**RECEIVED**

MAY 19 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Mississippi

### Tunica Division

| | | |
|---|---|---|
| Iris L. Howard | ) | Case No.    3:20-CV-142-MPM-JMV |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | |
| -v- | ) | |
| | ) | |
| Horseshoe Casino | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Iris L. Howard |
| Street Address | 7082 Hampton Drive |
| City and County | Homlake |
| State and Zip Code | Mississippi 38621 |
| Telephone Number | 662-536-9780 |
| E-mail Address | Irishowardme1@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | Horseshoe Casino |
| Job or Title *(if known)* | Corporation |
| Street Address | 1021 Casino Center Drive |
| City and County | Robinsonville |
| State and Zip Code | Mississippi 38664 |
| Telephone Number | 1-800-303-7463 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Horseshoe Casino |
| Street Address | 1021 Casino  Center Drive |
| City and County | Robinsonville |
| State and Zip Code | Mississippi 38664 |
| Telephone Number | 1-800-303-7463 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[  ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[  ]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔]    Other federal law *(specify the federal law)*:
        Equal Act(EPA)  for alleged underpayment of wages

[  ]    Relevant state law *(specify, if known)*:

[  ]    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

    *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

October 11,2020

C.   I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☑ age *(year of birth)* __1976__ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

    _____

E.   The facts of my case are as follows.  Attach additional pages if needed.

On October 11 I was suspended. I didn't receive proper documentation. I was told to write what happen with me n Tammy sikes that night. I told Loretta Snipes nothing happened but I questioned Tammy about telling her about the email i wrote to Loretta,s boss concerning unfair treatment I had been receiving. I only asked her why did she go tell u I was emailing her boss explaining some stuff how the department was being run. She told me to write just that then. I did not knowing this was fina happen. I wrote the note n was then told i was suspended. I asked her for my documentation papers. She hands me the back copy of a write tells me to sign it. I started written my name on it n then i scratch the part I wrote out. N asked her to let me read what I'm accused of doing and why I'm being suspended. She then tell me to leave n some one will get back with me. I was suspended a whole week before anyone contacted me. I got called in on d 18 n was told i was fired for starting an argument. I told them it wasn't an argument n that Loretta them trying to get rid of me for no reason n said its cameras in our office ,will yall run them back and see i stood in sight of the camera all while Tammy n I converated. I asked when has it ever been a problem asking another supervisor a question. They asked me for my badge and told me I was escorted out the building and no one gave me documents again. I called back trying to see why they wouldn't give me my papers and no one would talk to me. I had been told previously by Tammy Young (Hr director )is Loretta's friend and the Human resources director has advised me twice to quit my job if i'm unhappy and that will make everyone else happy.I told her me quitting isn't an option. I applied for several positions within the company prior to this because I was tired of everytime I brought something to her about my bosses I felt as if I was being retaliated against. I know my termination was fabricated because I wrote Joe lidese their boss. In 2017. I wrote a letter to hr stating I wanted to file unfair workplace harassment on Adre Jackson and my then assistant manager Tonecia Kirby. For how they was always giving me extra work n making me work 10 to 12 hrs a day when no one else was. They told me I couldn't file  and  promoted Andre and transferred Tonecia to another property. The supervisor that I was currently working with had un authorized time off work and would never lose her pto hrs. I told Human Resources about that and was told why was I looking at her hours I told them because I was then in charge of doing payroll also it kept happening and this Supervisor was stealing and everything. I told them that. They had her to resigned that position and transferred her to Horseshoe into another department. I then had to work longer hours sometimes with one day off and was told that's part of management. I would never get my time back. Prior to my getting term. An interim came to the department and had to train with me supposedly for a week. Then they told me he was going to be my replacement supervisor so show him everything I do. I did, he trained for over a month. When his term was up he came to me and told me they offer him my job n it was only going to be him over there. I didn't say anything didnt think it was going to happen and said he told them he wouldn't do the job for less than 50.000 I told him i didn't make 50000. N I told him its alot u still haven't learned and don't know and u know at this i know u not coming in making more than me or getting my day shift. I got called to Loretta Snipes office Iwas told its fina be a shift rotation and that we was going to be one department n everyone had to rotate quarterly. I told her ok but I have more seniority than everyone. I needed better off days or something to conversate my seniority. I then brung up that Andre Jackson andTammy Young promise me a raise and they keep telling me ima get

it and it's been over a year. I haven't received a raise yet and I do her job as well as mine. The subject got changed. They did hire Admed Garcia and he told me they started him at my salary. I couldn't believe it because he didn't know the job and wasn't really trying to learn it. I then begin to hear they bring him in at a salary of 50000. I said something that Loretta told me it wasn't true. Also i found out Admed was not my help he was right they gave him my position. I was told I had to trained for front desk. Time for the rotation came i had swing shift at first crazy hrs. I had to go close out for Admed certain day he had a set schedule and never worked 4O hrs. I then found out it wasn't a full rotation of the schedule. They told me that just to give Admed my spot. I question why I was no longer At Rdhouse casino when u have a supervisor over who isn't doing nothing but sitting and the office and taking smoke breaks. I then was sent to hr again by Loretta snipes I questioned the rotation and explain how i did payroll scheduling the inventory and the ordering of the supplies and maintain the budget for the department . I asked ,how could they bring Admed in with more money? He has a set schedule and how the rotation wasn't done fair and that they had favoritism. I asked why I never received an interview for any of the positions I applied for and that my Boss Andre was over the hiring if one of the positions . Andre never interviewed me for any of the positions . I knew with my experience I should have  an interview or at least told why I didn't. Tammy young then asked me why I was applying for other jobs. And it might been other applicant more qualified. I said well if so I still shoulda been told something by my boss or some. She then said what do you want to do Iris. If you're that happy as i told u before just quit. I told her I'm not quitting, I just wanted to be treated fair. Time went by i was then thrown working every shift. I never work as scheduled. I still had a mess up shift and the rotation wasn't done. Loretta had me write out the evaluations for Admed and told me he would sign them. Schedule came out again now Loretta had me working all shifts going everywhere. I wasn't happy and asked her about it. I told her no one else was doing it. That's when I decided to write Joe Lidese because Loretta nor Andre nor Hr was being fair. Tammy Sikes i was told told another supervisor i was emailing Loretta them boss n they terminated me for that. If it was for an argument which i didnt feel it wasn't. Tammy did get loud with me and questioned another supervisor about going back telling me she told Loreta about the email to her boss. I didnt get out of-character with no one. I was suspended and terminated. Tammy didnt get suspended or fired until i reached out to the corporate about my suspension and they then decided to fire her after the fact.  We had supervisors in the office about to literally fight and Loretta was aware of it and she didnt do anything about it. The supervisor they moved that was stealing called me a bitch they just told her to apologize to me. She kept her job. The Human Resource recruiter husband James Gardner actually got to fighting in front of several employees and was cursing was suspended 2 to 3 days and returned back to work with his job so I know I was wrongfully terminated. Tammy Sikes reached out to me and said that she didnt expect for us to lose our job and that I didn't do anything to her and Loretta had Chalanda and one of the others to write statements against me. They wanted me gone. She also told me she got her termination papers and they lied like we were about to fight on it and was cursing. I then received a certified letter in the mail banning me from Horseshoe Casino for life. My name has been scandalized. I haven't been able to get a job and management over this and my livelihood has been uprooted.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I would like for the court to intervene on my behalf and grant me monetary damages for the unfair treatment I was subjected to while working at Horseshoe Casino. I want to also be paid back pay for long hours worked that I did not get paid for; I want to be awarded punitive damages for slander of my name and being wrongfully term from HORSESHOE CASINO.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  5/18/2020

Signature of Plaintiff  Iris L. Howard

Printed Name of Plaintiff  Iris L. Howard

### B. For Attorneys

Date of signing:  5/18/2020

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print   Save As...   Add Attachment   Reset

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Iris L. Howard<br>7082 Hampton Drive<br>Horn Lake, MS 38637 | From: Memphis District Office<br>1407 Union Avenue<br>Suite 900<br>Memphis, TN 38104 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | Vanessa Williams,<br>Investigator | |
| 490-2020-00159 | | (901) 544-0156 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Deiner Franklin-Thomas*      February 1

**Deiner Franklin-Thomas,**
**District Director**

         (Date)

Enclosures(s)

cc: **Ricky Busey**
**VP of Human Resources**
**HORSESHOE CASINO**
**1021 Casino Drive**
**Robinsonville, MS 38664**